# M A N D A T E

**THE STATE OF TEXAS**

**TO THE 407TH JUDICIAL DISTRICT COURT OF BEXAR COUNTY, GREETINGS:**

Before our Court of Appeals for the Fourth District of Texas on May 13, 2015, the cause upon appeal to revise or reverse your judgment between

Whitney Brewster, In her capacity as executive director of The Texas Department of Motor Vehicles, Appellant

V.

Drew Roicki and Richard Roicki As Successors in Interest to Pinnacle Motors, Appellee

No. 04-14-00414-CV and Tr. Ct. No. 2013-CI-06565

was determined, and therein our said Court of Appeals made its order in these words:

**In accordance with this court's opinion of this date, the trial court's order is AFFIRMED. Costs of this appeal are taxed against the party that incurred them.**

WHEREFORE, WE COMMAND YOU to observe the order of our said Court of Appeals for the Fourth District of Texas, in this behalf and in all things have the order duly recognized, obeyed, and executed.

WITNESS the Hon. Sandee Bryan Marion, Chief Justice of the Court of Appeals for the Fourth District of Texas, with the seal of the Court affixed and the City of San Antonio on September 11, 2015.

KEITH E. HOTTLE, CLERK

Cynthia A. Martinez
Deputy Clerk, Ext. 53853

# BILL OF COSTS

## TEXAS COURT OF APPEALS, FOURTH DISTRICT, AT SAN ANTONIO

No. 04-14-00414-CV

**Whitney Brewster, In her capacity as executive director of The Texas Department of Motor Vehicles**

**v.**

**Drew Roicki and Richard Roicki As Successors in Interest to Pinnacle Motors**

(NO. 2013-CI-06565 IN 407TH JUDICIAL DISTRICT COURT OF BEXAR COUNTY)

| TYPE OF FEE | CHARGES | PAID | BY |
|---|---|---|---|
| MOTION FEE | $15.00 | E-PAID | DENNIS MCKINNEY |
| MOTION FEE | $10.00 | E-PAID | CHRISTOPHER DEEVES |
| MOTION FEE | $10.00 | E-PAID | CHRISTOPHER DEEVES |
| MOTION FEE | $10.00 | E-PAID | CHRISTOPHER DEEVES |
| REPORTER'S RECORD | $180.50 | PAID | DENNIS M. MCKINNEY |
| CLERK'S RECORD | $118.00 | PAID | |
| STATEWIDE EFILING FEE | $20.00 | E-PAID | DENNIS MCKINNEY |
| INDIGENT | $25.00 | E-PAID | DENNIS MCKINNEY |
| FILING | $100.00 | E-PAID | DENNIS MCKINNEY |
| SUPREME COURT CHAPTER 51 FEE | $50.00 | E-PAID | DENNIS MCKINNEY |

**Balance of costs owing to the Fourth Court of Appeals, San Antonio, Texas:  0.00**

*Court costs in this cause shall be paid as per the Judgment issued by this Court.*

I, **KEITH E. HOTTLE,** CLERK OF THE FOURTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE FOURTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.

**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Fourth District of Texas, this September 11, 2015.

**KEITH E. HOTTLE, CLERK**

Cynthia A. Martinez
Deputy Clerk, Ext. 53853